March 11, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00031-CV

B.E.C.D.S, INC.; KECIA BOLTON; AND PAUL BOLTON, Appellants

V.

TEXAS WORKFORCE COMMISSION AND TEXAS DEPARTMENT OF ASSISTIVE AND REHABILITATIVE SERVICES, UNKNOWN EMPLOYEE OF TWC, Appellees

This Court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is therefore ordered that the judgment of the trial court is **AFFIRMED**.

We order appellants, B.E.C.D.S, Inc.; Kecia Bolton; and Paul Bolton, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered March 11, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.

Opinion delivered by Chief Justice Brister.